542 F.2d 521
 UNITED STATES of America, Appellee,
v.
Laura Elena ESQUER-RIVERA, Appellant.
UNITED STATES of America, Appellee,
v.
Anacleto NAVA-BIBAYOFF, Appellant.
 Nos. 74-1110, 74-1099.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 20, 1976.
 
 1
 Michael J. McCabe (argued), of Federal Defenders, San Diego, Cal., for appellants.
 
 
 2
 James W. Meyers (argued), Asst. U. S. Atty., San Diego, Cal., for appellee.
 
 
 3
 Before ELY and GOODWIN, Circuit Judges, and EAST,* District Judge.
 
 
 4
 The court now being fully advised, the petition for rehearing filed July 24, 1975, is allowed; the opinion filed July 1, 1974 (500 F.2d 313), is withdrawn; and the judgment of the district court is affirmed on the authority of United States v. Martinez-Fuerte et al., --- U.S. ----, 96 S.Ct. 3074, 49 L.Ed.2d --- (1976), reversing 514 F.2d 308 (9th Cir. 1975).
 
 
 
 *
 The Honorable William G. East, United States District Judge for the District of Oregon, sitting by designation